AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Anselmo Espitia, Anselmo Espitia as Parent and Joint Custodian of M.E., a minor child, Anselmo Espitia as Parent and Joint Custodian of J.E., a minor child, Ninfa Espitia, and Breanna Espitia <br><br> *Plaintiff(s)* <br> v. <br> Islamic Republic of Iran <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-00123 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Islamic Republic of Iran
Ministry of Foreign Affairs
Imam Khomeini St
Imam Khomeini Sq
Tehran, Iran
1136914811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Office of R. Bruce Tharpe, PLLC
R. Bruce Tharpe
PO Box 101
Olmito, TX
78575

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: August 16, 2021

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00123

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and documents were served on the Ministry of Foreign Affairs, Imam Khomeni St, Imam Khomeni Sq, Tehran, Iran 1136914811 via Canada Post International Air, Tracking RN200107308CA, on Sept 8, 2021.

My fees are $ _____ for travel and $ 199.38 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Sept 14, 2021

*Server's signature*

M.J. Stewart, Expedited Motion Process Serving, Ltd.
*Printed name and title*

120-1350 Burrard St
Vancouver, BC
V6Z 0C2
*Server's address*

Additional information regarding attempted service, etc:




# Certification of Translation Accuracy

Translation of **Suit** from **English** to **Farsi**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Mike Bortscheller
Authorized Representative
Order Date: August 16, 2021

RushTranslate
640 South Fourth St
Suite 300
Louisville, KY 40202
United States



Order #29597-4799038                                                                                      Page 1 of 36



Personal | Business | Our company | My account | Tools

| Date | Time | Event |
|---|---|---|
| Sept. 8 | 5:31 am | International shipment has arrived in a foreign country<br>Irthra, |
|  | 8:35 am | Item has arrived at the delivery office in the destination country<br>Irz11, Iran |
| Sept. 7 | 12:49 pm | International item is in transit to the delivery office.<br>Irthra, Iran |
|  | 12:44 pm | Customs has released item to post office<br>Iran |
| Sept. 6 | 11:27 am | Item has arrived in foreign country<br>Irthra, Iran<br>Additional information ⌄ |
|  | 11:28 am | Item presented to customs<br>Irthra, Iran |
| Sept. 5 | 6:30 pm | International shipment has arrived in a foreign country<br>Irthra, |
| Sept. 1 | 7:38 am | International item being forwarded to destination country<br>Mississauga, ON<br>Additional information ⌄ |
| Aug. 26 | 3:22 pm | Item processed<br>Mississauga, ON |

