# THARPE'S DEATH THREATS, RACIST STATEMENTS, SUBSTANCE ABUSE ISSUES, MANIC EPISODES

EXHIBIT 20

# EVA DEATH THREAT



# THARPE MAKES RACIST JOKE ABOUT BLACK GIRLFRIEND

 Mother fuckers



First time I've seen Eva in a week

 But she's still helping the project

**Bruce Tharpe**
Active 18m ago



I like your latest pic! Great dental work btw

👍

What pic?

Nice tan too!

Ha ha ha!

High quality veneers! I like it

I thought Eva was posting new pictures or something

2

# ILLEGAL USE OF SCHEDULE II CONTROLLED DRUG HYDROCODONE AT AIRPORT



**Bruce Tharpe**
Active now

👍

Apr 24, 2022, 2:09 PM

So my back is hurting so bad I just took 2 pain pills this random woman at the airport gave me 😬

Starting to get a bit of a buzz

😳

Apr 24, 2022, 2:29 PM

Dang

Not a good idea, imo

Plz be careful

I think I might catch up with you on Tues or Weds

Bc my dental appointment is tomorrow at 1pm

Apr 24, 2022, 3:10 PM

So my back pain is better. But I'm feeling high as a MF. Took two Tylenol 800's. So I was told.

I ate something just to be careful

"A" group just boarded. Those are the ASSHOLES

"B" group are the BASTARDS

"C" group? The CUNTS! 😝

1



**Bruce Tharpe**
Active now

I'm high as a MF

😂

Yeah, she slipped you Tylenol 3

I've got two Dr appointments tomorrow as well

If ever want quick out, the Urgent Cares can give antidote

They have a, shot

I'm fine

Thanks man

But you are okay

K

👍

Yeah yeah I'm good

I ate something just in case

Yeah man, let's not do that again

👍

If you look at a particular thing, it will start to swim or shimmer

Welp my back doesn't hurt anymore soooo

I'm fine



**Bruce Tharpe**
Active now

If you look at a particular thing, it will start to swim or shimmer

Welp my back doesn't hurt anymore soooo

I'm fine

That's what LSD does

Not the point

What if you had allergic reaction or something?

You're right

I need you Brother

And so do your kids

K

Thank you man

U get what I'm saying

Won't do that again

No worries

K

Please Bruiser

We gonna have a great year bud

So yeah, let's link up in a couple of days

Cool

I took two and put two in my pocket

**Bruce Tharpe**
Active now

Cool

I took two and put two in my pocket



Was lady hot at least?

That's what I took

I8

Lady hot? Mas o menos

I can look up

👍

**Bruce Tharpe**
Active now

You with Eva

But now we know

Lemme check pill

K

HOLY SHIT

She gave you straight hydrocodone

That's an opioid

Below Oxy

Here is the link

Woooo Hoooo !!!!!



What kind of pill is white with i8 on it?

**Hydrocodone** is an opioid pain medicine. Ibuprofen is a nonsteroidal anti-inflammatory drug (NSAID). This combination medicine is used short term to relieve severe pain.

https://www.rxlist.com › patient-ima...
Vicoprofen (Hydrocodone and Ibuprofen) Side effects, Images, Uses ... - RxList

Glad I didn't chase it with a beer!

No shit

https://www.rxlist.com/vicoprofen-drug/patient-images-side-effects.htm#:~:text=Hydrocodone%20is%20an%20opioid%20pain,term%20to%20relieve%20severe%20pain.

RxList

5





**Bruce Tharpe**
Active now

Another dsy

Ay yay yay

Nah, get some rest brother

We ketshup this week

Tomorrow night is good

Tell the Orthopedist tomorrow about what hppn

Please

Tomorrow is fine after kids go with their Mom around 5:30pm - no gym for me for awhile 😄

You don't want a reaction to the epi

K

🙏🙏🙏

Please Bruce

👍

I'm sure I won't get it tomorrow

He does that at his office in Harlingen

I actually feel fine. Will feel even better after I eat.

Thank you so much for your concern

Apr 24, 2022, 8:13 PM

Np

We don't want him to overdose you accidentally

And I don't know the half life of HydroC

See you soon bud

7



**Bruce Tharpe**
Active now

Apr 25, 2022, 11:11 AM

Dude I'm feeling really wiped out. Wish I could go to bed.

But I have to pick up my son at 12 noon

Doctors appointment at 2

Picking up my daughter at 4

Jeez

Might need a nap before tonight will let you know

Having a rough day

Financial stress

Apr 25, 2022, 11:34 AM

Thank God Eloy is picking up BA for me. Gonna catch a quick nap right now

Should be feeling better

That fucking pill I took 😡

Dang

I hear you

We'll play it by ear this pm

Apr 25, 2022, 12:22 PM

K

Apr 25, 2022, 12:59 PM

If you feel really bad, you can go to urgent care. There is a shot they can give you to stop the trip

It should be winding down by now

Apr 25, 2022, 1:16 PM

Just woke up. Headed to orthopedic

8

# ANNABELL ALEGRIA DEATH JOKE



**Bruce Tharpe**
Active 18m ago

Apr 26, 2022, 7:33 PM

> Annabelle, Judge Recios widow

> She's smart

> Is she tough?

Apr 26, 2022, 7:57 PM

> Welp, she's a grad of UT LAW

> So obvs smart

> I send client to her

> Guy needs a specialist

Apr 26, 2022, 9:11 PM

> Oh no

> Anabelle is dead

> Dang

She's been gone awhile. We talked about it.

> No we did not Sir

> Not Anabell

> Dude, u losin some memory

Could have sworn we did

> Nope

> We mentioned Rebecca

Must've been that shatter

> Anabell was a good one

😂
Yeah she was nice



**Bruce Tharpe**
Active 19m ago

We mentioned Rebecca

Must've been that shatter

Anabell was a good one

😄

Yeah she was nice

I don't think its funny bro

Talked to Judge Hanen about her

Would you want someone to laugh, if they found out you were dead

Nah man

I'm laughing about by bad memory

Cmon

Not her

I gotta run. Need to do some stuff around the house

Talk tomorrow

L8tr

Wouldn't laugh about someone's death you know that. Esp her.

2

# MANIC EPISODES



**Bruce Tharpe**
Active 11m ago

You brought Cara Funk to us so this is your fuck up man

Cuz Cara was perfectly calm when I spoke her

I will handle this myself.

Otherwise I don't sleep tonight

No, you rely too much on Jim. And I don't know what Jim told her

Your sleeping arrangements are: 1) none of my business

And 2) not relevant

Sorry man. Jim's been my assistant trusted for 10+ years. I'll be talking to Cara Funk myself today

Dude

And you're right Eva has nothing to do with this Cara Funk thing

You love to go off script and do your own thing

Yesterday you're telling me I'm stressed out about other things

No

Cara Funk has been calling everyday

I think your overreacting bc of other stressors in your life

Not overreacting

AND I DON'T WANT YOU TO HAVE A STROKE OR HEART ATTACK

Don't need problem clients

That's what I've been trying to tell you

This is not a crisis

Because again, I spoke to Cara last night

1



**Bruce Tharpe**
Active 12m ago

Don't need problem clients

That's what I've been trying to tell you

This is not a crisis

Because again, I spoke to Cara last night

And she was actually very nice

More a mouse than a dragon

I worry about you dude

So just let me deal with this. Got a federal hearing to prepare for.

Will call you after 2

I will handle this

You know I had a heart attack at 44

Right?

Man I'm telling you

Brother I'm fine

When death is on your doorsteps and squeezing your chest

Just don't have the time to deal with all this other stuff but it's just part of life

Manoman

I'll deal with I

I hope you never have to experience that. It will definitely change a person's outlook

Seriously no more cases with this person she's burned herself

K

I just don't want you to get sick or have a stroke



**Bruce Tharpe**
Active 13m ago

I'll deal with I

I hope you never have to experience that. It will definitely change a person's outlook

Seriously no more cases with this person she's burned herself

K

I just don't want you to get sick or have a stroke

Will call her after 2

K

Just sit tight will advise

Seriously man. You're blaming Jim. Because you don't know what he told her.

You're blaming me. Because I insist on paying by check instead of Venmo or whatever.

You're blaming Eva. For my sleeping arrangements. Stress. Etc.

Dude I'm stressed out cause this woman calls is everyday! Told us you made her promises about getting money before Christmas.

Just like the discussion we had before you try to redirect the blame for things. That's not right man. Really upsetting and disappointing to me.

Dude you brought us Cara Funk sight unseen. Now that we have problems with her it's everybody else's fault.

Not blaming Jim here

Just asking

What he said bc Cara

Will not speak to him

And she was perfectly calm last night

**Bruce Tharpe**
Active 22m ago

Tonight. I need you to just listen to me.

We figure it out

Okay

But before anything. Business or whatever. You're my friend. Never had a friend like you and don't ever want to lose you.

I'm emotional right now feel like crying

😭

Nah dude

Better to talk than text

I've got your back brother

I'll be waiting for you

3



**Bruce Tharpe**
Active now

Did you want to talk about Eva or what exactly?

You've been acting a little strange

U okay brother?

I'm a little worried

I'm fine brother

Please come over when you can

I'm fine

Need 2 talk around the fire pit

You my friend bro before anything do not worry

I love you man

Just going through a bad patch n need to tell you bout everything

It's all cool

We have to focus on the positive bud

You can't relive or retread anything

It will literally drive you bonkers

We will. Just been going through a little depression and need my friend.

I need you man.

Gonna be all good

You my brother

I'm just about to leave. Let's get some food

That way you don't have to cook

Come over first then we'll decide

4

# THARPE QUITS ON 2/1

**Bruce Tharpe**
Active 14m ago

Okay dude

You win

MAJOR CRISIS

Glad you took care of it

Thx

Feb 1, 2022, 6:50 PM

See what I mean Omar? Sarcasm. Dude this woman has been calling on a daily basis bothering us. I've told you repeatedly.

Seriously man I'm done. I don't want to work this way.

I'm working

Right now

Not playing Mr. Lavender Jones

So I will keep working

I don't know what has upset you

But it's not me

You see? Sarcasm. You keep working and so will I

I'm at my terminal right now

That's a creative endeavour on my own time - hobby



1

# THARPE QUITS 4/27





**Bruce Tharpe**
Active now

We'll discuss on FRIDAY

Thanks

July 2021 we met

Whatever Omar. But I'm not comfortable with this aggressive attitude I'm feeling from you. I don't deserve this with all I'm going through.

You don't want to work with me anymore? You don't trust me for whatever reason?

We just move forward professionally in our own direction.

Not happy about this and do not need this additional stress

Well dude, THAT'S WHAT YOU DO TO ME

ALL THE TIME

LETS MEET ON FRIDAY

and discuss these ISSUES

Need to meet with you

In-person

Sorry about that. And to avoid issues like this in the future we just do our own thing. Do not like feeling not trusted. And / or always proving my honesty to you.

Solution to problem: we just do our own cases in the future. I'm pretty much done with this emotionally.

I'm tired man

**Bruce Tharpe**
Active now

I need everything in writing first so I can look into each case

But I'm not working anymore cases with you after this

We discuss on Friday

You're not working the cases anyways

So what does it matter?

2

# THARPE QUITS 4/29



**Bruce Tharpe**
Active now

Apr 29, 2022, 5:41 AM

Hey Bruce

I cannot continue the Colorado cases, because I am not licensed in Colorado

You need to finish those, because I already wrote those up and the client already visited the locations

And so we are clear, I cannot let you use my IP (Intellectual Property) any longer. I am the one who wrote the pleadings, responses, and understands the caselaw

As for taking a break, you took 5 breaks last year

5 vacations. I didn't take any

So, it's not fair for you to 'take another vacation' which means scout ADA locations and file other cases on your own

I won't allow it anymore

Now if you want to write up new ADA lawsuits on your own. With your own caselaw, separate from mine, that is okay. Go right ahead

But, I'm not going to let you 'copy my work' and not compensate me for my time, efforts, and diligence

If you copy pleadings and file, that's plagiarism. And a major Professional Rule Violation in every jurisdiction. Please don't do that Bruce

I'm more than willing to work with you on the cases WE HAVE right now

But it's not fair for you to use my IP, go on vacations, go hunting for ADA cases, and then claim 'I don't have time to work on OUR cases'

When you have plenty of time to work on other stuff and take multiple vacations a year

If you prefer, I can send you a letter. But, I would rather we resolve this issue like men.

And handle it at our level

Thank you

1



**Bruce Tharpe**
Active now

Thank you

Apr 29, 2022, 7:08 AM

I suggest you find local counsel in Colorado to work with on those Colorado Springs cases. You can have all of them.

I can't work with Cara Funk anymore. And as we discussed, I need to focus on my family right now.

Will send you a list of whatever cases we have left that are pending. After we close those out I'm going to step back for a bit and reassess.

Wouldn't be difficult to find local counsel in Colorado to work with and there's value in those Colorado Springs cases.

Apr 29, 2022, 7:49 AM

Not a problem

Just don't use my IP,  pleadings, or responses in any cases

Don't use my caselaw either

Thank you

**Bruce Tharpe**
Active now

Remember when all the stress gave you heart issues? I don't want that problem myself.

That's why I'm backing off of these for a bit

Reassessing everything

Just not enjoyable anymore

K

You need a break

Sounds like burn out

2