UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANSELMO ESPITIA, ANSELMO ESPITIA as Parent and Joint Custodian of M.E., a minor child, ANSELMO ESPITIA, as Parent and Joint Custodian of J.E., a minor child, NINFA ESPITIA, and BREANNA ESPITIA §§§§§§§§§§§§§§§§§ **Plaintiffs** VS. ISLAMIC REPUBLIC OF IRAN **Defendant** | CIVIL ACTION NO. 1:21-CV-123 |

# ORDER ON INTERVENOR AND ATTORNEY'S FEES

On this day the District Court considered the Applicant's Motion to Intervene and for Attorney's fees. After having considered the same, the Court opines the following:

The District Court hereby:    Grants_____    Denies_____    the Motion.

Signed this, the _____ day of _____, 2022.

_____
U.S. DISTRICT JUDGE

1